■ In the Matter of RONALD L.D., Appellant, v ONEIDA COUNTY DEPARTMENT OF SOCIAL SERVICES, on Behalf of CARMELLA H., Respondent. [737 NYS2d 571] —Appeal from an order of Family Court, Oneida County (Cook, J.), entered February 27, 2001, which dismissed the motion to vacate an acknowledgment of paternity for a child born to Carmella H.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Family Court, Oneida County, Cook, J. Present—Green, J.P., Pine, Kehoe and Gorski, JJ.